**Order entered September 1, 2020**



In the
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-18-01083-CV

## MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants

## V.

## RED OAK 86, LP. AND CHARLES JOHNSON, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-08-09010

## ORDER

Before the court is Appellants' Unopposed Motion to Extend Time to File Motion for Rehearing. We **GRANT** the motion to permit Appellants additional time to file a motion for rehearing. That motion shall be due **THURSDAY, OCTOBER 1, 2020**. Further extensions of time are disfavored.

/s/     CORY L. CARLYLE
JUSTICE